Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
2473 S.  Higley Road
Suite 104-308
Gilbert, AZ 85295-3023
Office:  (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Douglas Smythe,<br><br>   Plaintiff,<br><br>v.<br><br>Resurgent Capital Services LP; LVNV Funding, LLC; Experian Information Solutions, Inc.; Equifax Information Services, LLC;<br><br>   Defendants. | **No. CV 2011-0309-PHX-ROS**<br><br>**NOTICE OF DISMISSAL OF DEFENDANTS RESURGENT CAPITAL SERVICES, LP AND LVNV FUNDING, LLC ONLY WITH PREJUDICE** |

   Plaintiff hereby gives notice of dismissal with prejudice as to Defendants Resurgent Capital Services, LP and LVNV Funding, LLC only, each party to bear its own fees and costs.

/  /  /

/  /  /

DATED   April 1, 2011   .

          s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
2473 S.  Higley Road
Suite 104-308
Gilbert, AZ 85295-3023
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that on   April 1, 2011 a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Michael J. Coccaro
    SNELL & WILMER, LLP
    One Arizona Center
    400 E. Van Buren
    Phoenix, AZ 85004-2202
    Attorneys for Defendant Equifax

    Laura Schiesl
    Harper Christian Dichter
     & Sluga PC
    2700 N. Central Ave Ste. 1200
    Phoenix, AZ 85004
    Attorneys for Defendant Experian

    Katherine A. Klimkowski
    JONES DAY
    3161 Michelson Dr Ste 800
    Irvine, CA  92612-4408
    Attorneys for Defendant Experian

by   s/ Floyd W. Bybee